# United States District Court

State and District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 1 8 2004

UNITED STATES OF AMERICA

CRIMINAL COMPLAINT

v.

Jorge Armando Villa-Amaro et.al.

CASE NUMBER: 04-6875M

_____ DEP. C

I the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief: On or about 7/16/04, in Hidalgo County, in the State and District of New Mexico, defendant(s) did; unlawfully, knowingly and intentionally possess with intent to distribute 243.2 pounds (110.5 kilograms) of Marijuana, a Schedule I controlled substance; and did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with one another (and with other persons) to possess with intent to distribute same:

In violation of Title 21 USC, United States Code, Section(s) 841and 846
I further state that I am an agent of the United States government and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part thereof:  Yes ☒   No ☐

_____
Signature of Complainant
Michael Law

Sworn to before me and subscribed in my presence,

7/18/04
Date

at Las Cruces, New Mexico
City and State

Karen B. Molzen, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

*United States of America*
v.
Jorge Villa-Amaro et.al.

| | | |
|---|---|---|
| Jorge Armando Villa-Amaro | Julian Parra-Bustamante | Juan Nunez-Lujan |
| ~~Efrain~~ Lopez-Baltalzar  Efran | Ruben Gutierrez-Barela | Federico Sarellano-Gonzalez |

On July 16, 2004, at approximately 1945 hours, A United States Border Patrol Agent assigned to the Lordsburg, New Mexico Station was patrolling by vehicle the Animas, New Mexico area. In the area of Joyce Mill on the East Diamond A Ranch, the Border Patrol Agent encountered shoe/boot prints of six individuals. The prints headed towards Spillsberry Mill, west of Joyce Mill. As the Border Patrol Agent rounded a corner in the road, the Border Patrol Agent encountered six individuals carrying large burlap backpacks. The six individuals stopped walking and waited for the Border Patrol Agent to approach. The burlap wrapped backpacks were consistent with other backpacks seized by the Border Patrol Agent that had contained illegal controlled substances. The Border Patrol Agent questioned the individuals as to their immigration status in the United States. The six individuals later identified as Jorge Armando Villa-Amaro, Julian Parra-Bustamante, Juan Nunez-Lujan, Efrain Lopez-Baltalzar, Ruben Gutierrez-Barela and Fred Sarellano-Gonzalez stated they were from Mexico. None of the six individuals had identification or documents with them. The six individuals were arrested and transported to the Lordsburg Border Patrol Station. The Border Patrol Agent observed that there were five backpacks that contained suspected marijuana and one of the backpacks contained food items. One of the bundles was probed and a green leafy substance was removed and given a field test, this field test resulted in a positive for marijuana. The gross weight of the five bundles was 243.2 pounds/110.5 kilograms.

AUSA Damon Martinez authorized federal prosecution.

_____
U. S. Magistrate Judge

_____
Special Agent